IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mason Jr, Norman R

Printed: 01/13/09

Case Number: 06 B 11640
Judge: Squires, John H
Filed: 9/16/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 7, 2009
Confirmed: November 8, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 26,348.75 |  |
| Secured: |  | 21,818.84 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,230.00 |
| Trustee Fee: |  | 1,372.74 |
| Other Funds: |  | 1,927.17 |
| Totals: | 26,348.75 | 26,348.75 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Steven A Leahy | Administrative | 1,230.00 | 1,230.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Ford Motor Credit Corporation | Secured | 8,693.21 | 8,693.21 |
| 4. | Capital One Auto Finance | Secured | 18,000.93 | 9,490.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 8,315.02 | 3,635.63 |
| 6. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 7. | California Student Aid | Unsecured | 49.47 | 0.00 |
| 8. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 9. | Educational Credit Management Corp | Unsecured | 88.65 | 0.00 |
| 10. | Student Loan Guarantee Foundation | Unsecured | 0.00 | 0.00 |
| 11. | Midnight Velvet | Unsecured | 407.07 | 0.00 |
| 12. | Federated Retail Holdings Inc | Unsecured | 463.21 | 0.00 |
| 13. | Simmons First National Bank | Unsecured | 153.26 | 0.00 |
| 14. | Great Lakes Credit Union | Unsecured | 2,135.22 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 4,365.39 | 0.00 |
| 16. | Sprint Nextel | Unsecured | 389.01 | 0.00 |
| 17. | Verizon Wireless | Unsecured | 457.18 | 0.00 |
| 18. | Capital One Auto Finance | Unsecured | 149.91 | 0.00 |
| 19. | USCB | Unsecured |  | No Claim Filed |
| 20. | CLC | Unsecured |  | No Claim Filed |
| 21. | Adler & Associates Ltd. | Unsecured |  | No Claim Filed |
| 22. | Suntech Inc | Unsecured |  | No Claim Filed |
| 23. | Guaranty Bank | Unsecured |  | No Claim Filed |
| 24. | Pentagroup Financial, LLC | Unsecured |  | No Claim Filed |
| 25. | Valentine & Kebartas Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 44,897.53 | $ 23,048.84 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Mason Jr, Norman R

Printed: 01/13/09

Case Number:  06 B 11640
Judge:  Squires, John H
Filed:  9/16/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 236.40 |
| 5.4% | 651.61 |
| 6.5% | 368.14 |
| 6.6% | 116.59 |
|  | $ 1,372.74 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

